1  STEVEN G. KALAR
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  55 South Market Street, Suite 820
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant CRUTCHFIELD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-14-00051 RMW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [] ORDER CONTINUING HEARING DATE AND MOTIONS SCHEDULE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | ) | |
| JUSTIN EVERETT CRUTCHFIELD and DEMONTAE TERELL TOLIVER, | ) | |
| Defendants. | ) | |

**STIPULATION**

Defendants Justin Crutchfield and Demontae Toliver, by and through their respective counsel, and the United States, by and through Assistant United States Attorney Jeffrey Nedrow, hereby stipulate that, with the Court's approval, the motions hearing currently set for Monday, May 6, 2015, shall be continued to Monday, June 8, 2015, at 9:00 a.m.

In addition, the parties stipulate and agree to the following modified briefing schedule: The defendants' motions shall be due on Monday, May 11, 2015; the government's response shall be due on Tuesday, May 26, 2015; and the defendants' reply, if any, shall be due on Monday, June 1, 2015.

Stipulation and [] Order
No. CR 14-00051 RMW                1

1  The reason for the requested continuance is to enable the parties to pursue the possibility
2  of a pretrial resolution and to provide defense counsel with the reasonable time necessary for
3  effective preparation, taking into account the exercise of due diligence.
4  The parties agree that the time between May 11, 2015, and June 8, 2015, is excludable
5  under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
6  IT IS SO STIPULATED.

7

8  Dated:  April 6, 2015

9
                                               ____s/_____
10                                              VARELL L. FULLER
                                               Assistant Federal Public Defender
11                                              Counsel for defendant Crutchfield

12

13  Dated:  April 6, 2015

14
                                               ____s/_____
15                                              JAY RORTY
                                               Counsel for defendant Toliver

16

17  Dated:  April 6, 2015

18
                                                 s/
19                                              JEFFREY NEDROW
                                               Assistant United States Attorney
20  //
21  //
22  //
23  //
24  //
25  //
26  //

Stipulation and [] Order
No. CR 14-00051 RMW                                2

**[] ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing set for Monday, May 11, 2015, shall be continued to Monday, June 8, 2015, at 9:00 a.m.

IT IS FURTHER ORDERED that the briefing schedule for pretrial motions shall be as follows:  The defendants' motions shall be due on Monday, May 11, 2015; the government's response shall be due on Tuesday, May 26, 2015; and the defendants' reply, if any, shall be due on Monday, June 1, 2015.

THE COURT FINDS that failing to exclude the time between May 11, 2015, and June 8, 2015, would unreasonably deny continuity of counsel and would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between May 11, 2015, and June 8, 2015, from computation under the Speedy Trial Act outweigh the interests of the public and the defendants in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between May 11, 2015, and June 8, 2015, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 

_____
THE HONORABLE RONALD M. WHYTE
United States District Court Judge

Stipulation and [] Order
No. CR 14-00051 RMW                              3