1  STEVEN G. KALAR
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  55 South Market Street
   Suite 820
4  San Jose, CA 95113
   Telephone: (408) 291-7753
5
   Counsel for Defendant CRUTCHFIELD
6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12 | UNITED STATES OF AMERICA,      ) No. CR-14-00051 RMW
   |                                )
13 |             Plaintiff,          ) STIPULATION AND []
   |                                ) ORDER VACATING BRIEFING
14 | vs.                             ) SCHEDULE, CONVERTING MOTIONS
   |                                ) HEARING TO STATUS HEARING
15 | JUSTIN EVERETT CRUTCHFIELD and  )
   | DEMONTAE TERELL TOLIVER,        )
16 |                                )
   |             Defendants.         )
17 | _____

18
                    **STIPULATION**
19
           Defendants Justin Crutchfield and Demontae Toliver, by and through their respective
20
   counsel, and the United States, by and through Assistant United States Attorney Amie Rooney,
21
   hereby stipulate that, with the Court's approval, the briefing schedule for motions be vacated and
22
   the motions hearing date currently set for Monday, June 8, 2015, at 9:00 a.m., be converted to a
23
   status hearing.
24
           The government is in the process of reviewing extensive reciprocal discovery recently
25
   produced by the defense. In addition, the parties share a good faith belief that the case is likely to
26

Stipulation and [] Order
No. CR 14-00051 RMW                         1

1 | resolve by way of a negotiated pretrial disposition.  The Court has already excluded time up to
2 | and including June 8, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
3 |      IT IS SO STIPULATED.
4 |
5 | Dated:  May 11, 2015
6 |
7 |                               _____/s/_____
    VARELL L. FULLER
    Assistant Federal Public Defender
8 |     Counsel for defendant Crutchfield
9 |
10 | Dated:  May 11, 2015
11 |
12 |                               _____/s/_____
    JAY RORTY
    Counsel for defendant Toliver
13 |
14 | Dated:  May 11, 2015
15 |
16 |                               _____/s/_____
    AMIE D. ROONEY
    Assistant United States Attorney
17 | //
18 | //
19 | //
20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //

1  **[] ORDER**

2  GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

3  ORDERED that the pretrial motions briefing schedule is VACATED.

4  IT IS FURTHER ORDERED that the motions hearing currently set for Monday, June 8,

5  2015, at 9:00 a.m., shall be converted to a status hearing.

6  The Court has previously found that time up to and including June 8, 2015, is properly

7  excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

8  IT IS SO ORDERED.

10  Dated: Î Ð Ð Í

*Ronald M. Whyte*

11  THE HONORABLE RONALD M. WHYTE
United States District Court Judge