| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | VARELL L. FULLER |
| | Assistant Federal Public Defender |
| 3 | 55 South Market Street, Suite 820 |
| | San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753 |
| | varell_fuller@yahoo.com |
| 5 | |
| | Counsel for Defendant CRUTCHFIELD |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-14-00051 RMW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [] |
| | ) | ORDER CONTINUING JUNE 8, 2015 |
| vs. | ) | STATUS HEARING TO JULY 20, 2015, |
| | ) | FOR CHANGE OF PLEA HEARING |
| JUSTIN EVERETT CRUTCHFIELD and | ) | |
| DEMONTAE TERELL TOLIVER, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION**

Defendants Justin Crutchfield and Demontae Toliver, by and through their respective counsel, and the United States, by and through Assistant United States Attorney Amie Rooney, hereby stipulate that, with the Court's approval, the court continue status hearing set for Monday, June 8, 2015, at 9:00 a.m., to July 20, 2015, and set this matter for a change of plea hearing to be held at that time.

The reason for the requested continuance is the parties request additional time to finalize the terms of a disposition in this matter. Additionally, counsel for Mr. Toliver will be in trial on

1  June 8, 2015, the date now set for a further status hearing in this matter, and thereafter will be

2  out of the country and unavailable until July 13, 2015.  The parties therefore respectfully

3  requests a continuance and exclusion of time based on the government and both defense

4  counsel's need to effectively prepare and continuity of counsel.

5      IT IS SO STIPULATED.

6

7  Dated:  June 3, 2015

8                                             _____/s/_____
                                               VARELL L. FULLER
9                                              Assistant Federal Public Defender
                                               Counsel for defendant Crutchfield
10

11
   Dated:  June 3, 2015
12

13                                             _____/s/_____
                                               JAY RORTY
14                                             Counsel for defendant Toliver

15
   Dated:  June 3, 2015
16

17                                             _____/s/_____
                                               AMIE D. ROONEY
18                                             Assistant United States Attorney
   //
19
   //
20
   //
21
   //
22
   //
23
   //
24
   //
25
   //
26

Stipulation and [] Order
No. CR 14-00051 RMW                              2

1  //

2  //

3                              [] **ORDER**

4       GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

5  ORDERED that the status hearing currently set for June 8, 2015, shall be continued to July 20,

6  2015, for a change of plea hearing.

7       THE COURT FINDS that failing to exclude the time between June 8, 2015, July 20,

8  2015, would unreasonably deny counsel the reasonable time necessary for effective preparation,

9  taking into account the exercise of due diligence, and deny Mr. Toliver continuity of counsel.

10  See 18 U.S.C. § 3161(h)(7)(B)(iv) and (h)(7)(B)(iv).

11      THE COURT FURTHER FINDS that the ends of justice served by excluding the time

12  between June 8, 2015, and July 20, 2015, from computation under the Speedy Trial Act

13  outweigh the interests of the public and the defendants in a speedy trial.

14      THEREFORE, IT IS HEREBY ORDERED that the time between June 8, 2015, and July

15  20, 2015, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §

16  3161(h)(7)(A), (B)(iv), and (h)(7)(B)(iv).

17      IT IS SO ORDERED.

18

19  Dated: Î Đ Đ Í

20                              THE HONORABLE RONALD M. WHYTE
                                United States District Court Judge