# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Venue

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

**Name of Offender**  
Justin Everett Crutchfield

**Docket Number**  
0971 5:14CR00051-001 RMW

**Name of Sentencing Judge:**   The Honorable Ronald M. Whyte  
Senior United States District Judge

**Date of Original Sentence:**   January 19, 2016

**Original Offense:**  
Use of Interstate Facilities to Transmit Information About a Minor; Aiding and Abetting, in violation of 18 U.S.C. § 2425, a Class D felony.

**Original Sentence:** 57 Months custody and seven years supervised release.  
**Special Conditions:**  mental health treatment; not possess or use computer; CIMP; no internet; computer search; no encryption; approved employment; no residence within vicinity of minors; register as a sex offender; special assessment $100.00; restitution $2,000.00; fine; no new lines of credit or debt; search; no contact with victims and/or minors: DNA; no firearm.

**Prior Form(s) 12:** None.

This petition is submitted to Your Honor as a duty matter.

**Type of Supervision**  
Supervised Release  
**Assistant U.S. Attorney**  
Amie Rooney

**Date Supervision Commenced**  
August 20, 2018  
**Defense Counsel**  
Varell Fuller (AFPD)

### Petitioning the Court

To modify the conditions of Supervised Release as follows:

You shall reside at the Residential Reentry Center for a period of up to 120 days, and shall obey the rules of the facility.

RE: Crutchfield, Justin Everett 2
0971 5:14CR00051-001 RMW

### Cause

Mr. Crutchfield is scheduled to be released from the Residential Reentry Center (RRC) on August 20, 2018. He is currently residing at the RRC located at 111 Taylor Street San Francisco, California, under prerelease status. Mr. Crutchfield is adjusting well at the RRC. He is attending weekly individual counseling at Dolan Mental Health and is attending weekly group counseling at the RRC, learning life skills. Mr. Crutchfield was prescribed Abilify to help him manage his depression and anxiety. He recently secured a part time job via A. Phillip Randolph Institute (APRI). The client would like to continue to receive the above services to help him with his transition to the community. An additional 120 days at the RRC will help the client achieve stabilization and assist in his transition from custody to the community.

The client signed the waiver of hearing voluntarily. His federal public defender was advised of the client's request to extend his residency at the RRC. The client's case manager at the RRC is supportive of the client's treatment goals and goals for a seamless transition to the community. In view of the above, it is respectfully requested the client's terms and conditions of supervision be modified to permit the client to reside at the RRC for a period of up to 120 days.

Respectfully submitted,                      Reviewed by:

_____            _____
Janie Zhuang                                  Amy Rizor
U.S. Probation Officer Specialist             Supervisory U.S. Probation Officer
Date Signed: August 13, 2018

THE COURT ORDERS:

☑   To modify the conditions of probation as follows:

   You shall reside at the Residential Reentry Center for a period of up to 120 days, and shall obey the rules of the facility.

**RE:** Crutchfield, Justin Everett 3
0971 5:14CR00051-001 RMW

☐ Submit a request for a warrant

☐ Submit a request for summons

☐ Other:

August 14, 2018
Date

*[signature]*

Phyllis J. Hamilton
United States District Judge